## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE**   Lois Bloom              **DATE :**   4/22/11

**DOCKET NUMBER:**   03CR970(SJ)               **LOG #:**   11:41 - 11:50

**DEFENDANT'S NAME :**   Battista Geritano
   ✓ Present    ___ Not Present    ✓ Custody    ___ Bail

**DEFENSE COUNSEL :**   Steven
   ___ Federal Defender    ___ CJA    ✓ Retained

**A.U.S.A:** Elizabeth Geddis / Nicole Argentieri   **DEPUTY CLERK :**   K. Dilorenzo

**INTERPRETER :** _____ (Language) _____

Violation of Probation Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the violation of probation.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the violation of probation.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** _____