AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| United States | ) |
| Plaintiff | ) |
| v. | ) Case No. 03 Cr. 970 (SJ) |
| Benny Geritano | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Benny Geritano

Date: 04/22/2011

_____
*Attorney's signature*

Steven R. Kartagener (SK2447)
*Printed name and bar number*

225 Broadway Suite 2700
New York, NY 10007

*Address*

srk@kartlaw.com
*E-mail address*

(212) 732-9600
*Telephone number*

(212) 732-6966
*FAX number*