```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -                              03 CR 970 (SJ)

BATTISTA GERITANO,

            Defendant.

- - - - - - - -  - - - - - - - - - X
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorneys Elizabeth A. Geddes and Nicole M. Argentieri hereby enter their appearances in the above-captioned matter on behalf of the United States.  The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are also sent to the email addresses set forth below.

Dated: Brooklyn, New York
       May 2, 2011

                              Respectfully submitted,

                              BENTON J. CAMPBELL
                              United States Attorney

                    By:        /s/
                              Elizabeth A. Geddes
                              Nicole M. Argentieri
                              Assistant U.S. Attorneys
                              Eastern District of New York
                              271 Cadman Plaza East
                              Brooklyn, New York 11201
                              elizabeth.geddes@usdoj.gov
                              Nicole.argentieri@usdoj.gov
                              (718) 254-6430/6212

cc:    Clerk of the Court (SJ)(via ECF)
       Counsel (via ECF)