STEVEN R. KARTAGENER
ATTORNEY AT LAW
225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

May 6, 2011

**BY ECF**

The Honorable Sterling Johnson, Jr.
United States District Senior Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE: United States v. Battista Geritano,**
**03 Cr. 970 (SJ)-(MDG)**
**Violation of Supervised Release**

Dear Hon. Johnson:

I represent defendant Battista Geritano (hereinafter "defendant") in the above-entitled criminal action. Currently, there is a preliminary revocation hearing in this case scheduled for May 11, 2011 at 9:30 a.m. I am writing this letter to respectfully request an adjournment of approximately one week for defendant's hearing. This is the first request for an adjournment that I have made. I have spoken to Elizabeth Geddes, Esq., the assistant handling the matter, and she consents to the request.

I am in the midst of preparations for a hearing, starting May 13, 2011 and ending on May 16 or 17, 2011, in Kings County Supreme Court, Criminal Term. Due to these preparations, I will be out of town most of next week to visit my client.

After having conferred with AUSA Geddes, I respectfully submit the following proposed alternate dates on which counsel for both parties are available: May 18, 2011 (all day); May 19, 2011 (except from 11:00 a.m. to 11:30 a.m.); and May 20, 2011 (all day).

Hon. Sterling Johnson, Jr.
May 6, 2011
Page 2


      Accordingly, I respectfully request that defendant's hearing be adjourned for approximately one week with a new date to be set by the Court.

                        Respectfully submitted,

                        Steven R. Kartagener


cc:    AUSA Elizabeth Geddes, Esq.