**DOCKET NUMBER:** 03 CR 0970 (SJ)

| Date Received By Docket Clerk: _____ | Docket Clerk Initials: _____ |
|---|---|

**BEFORE JUDGE:** STERLING JOHNSON JR.   **DATE:** 5/11/2011   **TIME:** 9:30 A.M.

**CRIMINAL CAUSE FOR ARRAIGNMENT ON VOSR**   TIME IN COURT ____ HRS _40_ MINS

**DEFENDANT'S NAME:** BATTISTA GERITANO   **DEFENDANTS #**

[✔] Present   [ ] Not Present      [✔] Custody   [ ] Not Custody

**DEFENSE COUNSEL:** STEVEN KARTAGENER

[✔] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✔] Retained

**A.U.S.A:** ELIZABETH GEDDES      **PRETRIAL/PROBATION OFFICER**

**CASE MANAGER OR MAGISTRATE CLERICAL:** ANA RODRIGUEZ

**COURT REPORTER:** LISA SCHMID      **TAPE LOG** _____

**INTERPRETER:**      **LANGUAGE:**

**Select the Type of Hearing or Trial**      **CONTESTED** [ ] YES   [ ] NO
[✔] ARRAIGNMENT ON VOSR

[ ] Began   [✔] Held   [ ] Continued      [✔] Completed      [✔] Scheduled for

**Date:** 6/15/2011   **Time** 9:30 a.m      **FOR** VOSR HEARING
                                                **Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**      [ ] YES   [✔] NO

[✔] ~Util-Set/Reset Hearings

**Period of Excludable Delay/ Speedy Trial Start:** _____ **Period of Excludable Delay/ Speedy Trial Stop:** _____

**CODE TYPE:** Please Circle      XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?** [ ] YES   [✔] NO

- Case called. Defendant waives the reading and pleads not guilty to the VOSR.

- Defendant's bail application is referred to the magistrate.