## CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE** Cheryl L. Pollak          **DATE :** 6/3/11

**DOCKET NUMBER:** 03CR970(SJ)          **LOG #:** 3:20-356

**DEFENDANT'S NAME :** Battista Geritano
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

**DEFENSE COUNSEL :** Steven Kartagener
___ Federal Defender   ___ CJA   ✓ Retained

**A.U.S.A:** Elizabeth Geddes          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

_Bail_ ___ Hearing held.   ___ Hearing adjourned to ___

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start___   Stop___

___ Order of Speedy Trial entered.   Code Type___   Start___   Stop___

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS:** Defense counsel presents bail package with one suretor & one piece of property. gov't opposes. Court sets bail in the amount of $2 million. Contingent on report from MDC. Dft not released. Bail hearing adjourned to 6/7/11 @ 4pm before M.J. Pollak