**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA

271 Cadman Plaza East

Brooklyn, New York  11201

June 8, 2011

**By ECF**

The Honorable Cheryl M. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Battista Geritano
              Criminal Docket No. 03-970 (SJ)

Dear Judge Pollak:

        On June 8, 2011, the Court granted the defendant's application for bond in the above-captioned matter.  The government will appeal the Court's decision before United States District Court Judge Sterling Johnson, Jr., on Monday, June 13, 2011, at 9:30 a.m.  The government respectfully requests that the Court stay its order pending Judge Johnson's decision on the appeal.

        Respectfully submitted,

        LORETTA E. LYNCH
        United States Attorney

By:          /s/
            Nicole M. Argentieri
            Assistant U.S. Attorney

cc:    Defense counsel (by ECF)