NMA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

   - against -                                         03 CR 970 (SJ)

BATTISTA GERITANO,

       Defendant.

- - - - - - - - - -  - - - - - - - - X

### NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that Assistant United States Attorney Nicole M. Argentieri hereby enters her appearance in the above-captioned matter.  The Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to the email address set forth below.

Dated: Brooklyn, New York
       June 8, 2011

                                              Respectfully submitted,

                                              LORETTA E. LYNCH
                                              United States Attorney

                               By:       /s/
                                              Nicole M. Argentieri
                                              Assistant U.S. Attorney
                                              Eastern District of New York
                                              271 Cadman Plaza East
                                              Brooklyn, New York 11201
                                              nicole.argentieri@usdoj.gov
                                              (718) 254-6232

cc:   Clerk of the Court (via ECF)
       Counsel (via ECF)