5-31-11

TO: The Honorable Sterling Johnson

Since my last appearance in your Court Judge, my Councel Cannot get me an appearance infront of a majistrate due to the lack of responce and Concideration of the U.S,A.D,A.

They will not return his calls to set up an appointment.

Time is of The essense Judge. I have everything rideing on This Bail Hearing, my Job, my Buisness, and my Apartment.

I have worked hard and have Struggled to do all That is right.

Please get me in front of a majistrate, or in front of your honor to See my Bail Package and if it's acceptable to you.

Judge I have no Bail in The State Case - I was Released on my own Recognances.

Thank You -

Respectfully Yours

Battista Gekitano
Battista Gek___

RECEIVED
IN CHAMBERS OF
HON. STERLING JOHNSON, JR.

JUN 6 2011

TIME A.M.
P.M.

02681-748