**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

NMA

271 Cadman Plaza East

Brooklyn, New York 11201

June 8, 2011

**By ECF**

The Honorable Cheryl M. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Battista Geritano
               Criminal Docket No. 03-970 (SJ)

Dear Judge Pollak:

      On June 8, 2011, the Court granted the defendant's application for bond in the above-captioned matter. The government will appeal the Court's decision before United States District Court Judge Sterling Johnson, Jr., on Monday, June 13, 2011, at 9:30 a.m. The government respectfully requests that the Court stay its order pending Judge Johnson's decision on the appeal.

      Respectfully submitted,

      LORETTA E. LYNCH
      United States Attorney

By:    /s/
      Nicole M. Argentieri
      Assistant U.S. Attorney

cc:    Defense counsel (by ECF)

*So Ordered*
*[signature] Cyl Poll—*
*USMJ*
*6/9/11*