### STEVEN R. KARTAGENER
ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966
EMAIL SRK@Kartlaw.com

**BY ECF**

June 15, 2011

Hon. Sterling Johnson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                                  **RE:**    <u>*United States v. Boyle, et al.*, 03-CR-970 (SJ)</u>
                                               <u>(Defendant Battista Geritano)</u>

Dear Judge Johnson:

      In accordance with your order of June 13, 2011, the Affidavit of Confession of Judgment, securing in favor of the Government the real property collateral for the $2,000,000 bail bond approved by the Court, has been filed with the Kings County Clerk (a copy of which is transmitted herewith). A copy of the filed Affidavit of Confession of Judgment has already been sent to AUSA Elizabeth Geddes yesterday, and she has order Mr. Geritano's production at the Courthouse for today, so that he might be released.

      Additionally, I have been in contact with USPO Robert Anton, Mr. Geritano's probation officer, to coordinate the electronic monitoring. He has informed me that it will be no difficulty for him and/or his colleagues to go to Mr. Geritano's residence at 35 Cheever Place, in Brooklyn, shortly after his release, in order to set up the electronic monitoring devices. I will be calling Mr. Anton as soon as Mr. Geritano is released, and is on his way home.

      Thank you.

                                                                      Respectfully submitted,

                                                                      Steven R. Kartagener