SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MICHAEL DENARO,

                Defendant.
----------------------------------------------------------------X

AFFIDAVIT OF
CONFESSION OF JUDGMENT

Index No. 13512/11

STATE OF NEW YORK  )
                       ) ss.:
COUNTY OF NEW YORK)

MICHAEL DENARO, being duly sworn, depose and say: that he is the affiant, and the defendant herein. The defendant hereby confesses judgment herein and authorizes entry thereof against him in the sum of Two Million Dollars ($2,000,000). Mr. Denaro lives at 35 Cheever Place, Brooklyn, NY 11231. He authorizes entry of judgment in the Supreme Court, County of Kings.

This Confession of Judgment is for a debt justly due to the plaintiff arising from the following facts:

> **MICHAEL DENARO**, consents to be surety and to the use of the premises known as **35 Cheever Place, Brooklyn, NY, 11231, in the County of Kings**, as collateral and surety for the bail of defendant Battista Geritano, in the matter of <u>UNITED STATES OF AMERICA VS. BATTISTA GERITANO,</u> in the United States District Court, Eastern District of New York, under Docket Number 03-CR-970-04. This bail is posted to secure the total bail package of Two Million Dollars ($ 2,000,000). The United States shall have judgment in the amount of Two Million Dollars ($2,000,000) enforceable against the property known as 35 Cheever Place, Brooklyn, NY, 11231 in the County of Kings.

_____
Michael Denaro

Sworn to before me this 8th day
of June, 2011.

[signature]

**FILED**

JUN 14 2011

**KINGS COUNTY CLERK'S OFFICE**

JASON TSU-HSIN YANG
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02YA6126730
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 9TH, 2013

2011 JUN 14 AM 10: 59
KINGS COUNTY CLERK
RECEIVED

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,

    -against-

MICHAEL DENARO,

                             Defendant.
-------------------------------------------------------------------X

Index No.
Address of Plaintiff:
United States Attorney's Office, EDNY
271 Cadman Plaza East
Brooklyn, NY 11201

JUDGMENT BY
CONFESSION

| | |
|---|---|
| Amount Confessed - - - - - - - - - - - - - - | $2,000,000.00 |
| Interest - - - - - - - - - - - - - - - - | |
| | $2,000,000.00 |
| Costs by Statute - - - - - - - - - - - - - | |
| Transcript - - - - - - - - - - - - - - - | |
| Fees on Execution - - - - - - - - - - - - | |
| Satisfaction - - - - - - - - - - - - - - | |
| Filing Fee - - - - - - - - - - - - - - - | |
| Total - - - - - - - - - - - - - - - - - - | $2,000.000.00 |

Dated: __6-14-__, 2011

    JUDGMENT entered the 14 day of June, 2011.

    On filing the foregoing Affidavit of Confession of Judgment made by the defendant herein, sworn to the 8th day of June, 2011,
    NOW, ON MOTION OF HON. LORETTA E. LYNCH, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NEW YORK, attorney for plaintiff, it is
    ADJUDGED that the United States of America, plaintiff, residing at 271 Cadman Plaza East, Brooklyn, New York 11201, do recover of Michael Denaro, the defendant residing at 35 Cheever Place, Brooklyn, NY 11231, the sum of $2,000,000, with interest of $0.00 making a total of $2,000,000 together with $0.00 costs and disbursements, amounting in all to the sum of $2,000,000 and the plaintiff have execution therefore.

                                                    /s/
                                                   _____
                                                         Clerk

FILED
JUN 14 2011
KINGS COUNTY CLERK'S OFFICE