# CRIMINAL MINUTE ENTRY

**DOCKET NUMBER:** 03 CR 0970 (SJ)

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

**BEFORE JUDGE:** JOHNSON   **DATE:** 6/24/2011   **TIME:** 9:30 A.M.

**CRIMINAL CAUSE FOR HEARING ON VOSR**   **TIME IN COURT** _5_ HRS ___ MINS

**DEFENDANT'S NAME:** BATTISTA GERITANO   **DEFENDANTS #** _____

[✔] Present   [ ] Not Present   [ ] Custody   [✔] Not Custody

**DEFENSE COUNSEL:** STEVEN KARTAGENER

[✔] Present   [ ] Not Present   [ ] Federal Defender   [ ] CJA   [✔] Retained

**A.U.S.A.:** JACK DENNEHY ✔   **PROBATION OFFICER:**

**CASE MANAGER OR MAGISTRATE CLERICAL** ANA RODRIGUEZ

**COURT REPORTER: OR ESR OPERATOR** FRED GUERINO   **TAPE LOG** _____

**INTERPRETER:**   **LANGUAGE:**

**Select the Type of Hearing or Trial**   **CONTESTED** [ ] YES   [✔] NO

[✔] VOSR HEARIJNG

**Select the action.**

[ ] Began   [✔] Held   [ ] Continued   [✔] Completed   [✔] Scheduled for

**UTILITIES**   [ ] ~Util-Set/Reset Hearings

**Date:** 7/1/2011   **Time** 9:30 a.m.   **FOR** STATUS ON VOSR

**Type of Hearing**

**SHOULD THIS CALENDAR BE SEALED**   [ ] YES   [✔] NO

Period of Excludable Delay/ Speedy Trial Start:
Period of Excludable Delay/ Speedy Trial Stop:
**CODE TYPE:** Please Circle   XT- Interest of Justice

**Do these minutes contain ruling(s) on motion(s)?**   YES   ✔ NO

- Case called. Hearing Held. Witnesses sworn and testifying: USPO Robert Anton, Special Agent Otto, Michael Denaro and defendant Battista Geritano. Evidence entered. Oral argument heard. Decision reserved.